## 53931. NORTHCUTT v. CITIZENS & SOUTHERN NATIONAL BANK.

BANKE, Judge.

The appellee sued the appellant on an open account. The appellee served interrogatories on the appellant, which the appellant refused to answer on self-incrimination grounds. The trial judge ordered the appellant to answer, and the appellant appeals that judgment.

Nothing in the record shows a final judgment, a certificate for immediate review, or permission by this court for an interlocutory appeal. Thus, the instant appeal must be dismissed. Code Ann. § 6-701 (a) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757-758). See *Vowell v. Carmichael,* 235 Ga. 410 (219 SE2d 735) (1975).

*Appeal dismissed. Quillian, P. J., and Shulman, J., concur.*

SUBMITTED MAY 10, 1977 — DECIDED MAY 20, 1977.

*Paul R. Koehler,* for appellant.
*Schultz & Roberts, Mark Jay Schultz, Peter R. Roberts,* for appellee.